UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ROMULUS, CASSANDRA BEALE, NICHOLAS HARRIS, ASHLEY HILARIO, and ROBERT BOURASSA, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | CIVIL ACTION NO.  13-cv-10305-RWZ |

## PLAINTIFFS' MOTION TO REMAND THE CASE

Pursuant to 28 U.S.C. § 1447(c), Plaintiffs respectfully move this Court to remand this action to the Superior Court for the reasons stated in the accompanying Plaintiffs' Memorandum of Law in Support of Their Motion to Remand the Case.

Dated:  June 28, 2013

/s/ Patrick J. Vallely
Thomas V. Urmy, Jr. (BBO# 506620)
  turmy@shulaw.com
Patrick J. Vallely (BBO# 663866)
  pvallely@shulaw.com
Rachel M. Brown (BBO# 667369)
  rbrown@shulaw.com
SHAPIRO HABER & URMY LLP
53 State Street, 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 28, 2013.

                                  */s/ Patrick J. Vallely*
                                  Patrick J. Vallely