UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID ROMULUS, CASSANDRA BEALE, NICHOLAS HARRIS, ASHLEY HILARIO, and ROBERT BOURASSA, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | CIVIL ACTION NO.  1:13-cv-10305-RWZ |

## ASSENTED TO MOTION TO ENLARGE FILING DEADLINES (Docket Nos. 15 and 16)

With the assent of plaintiffs' counsel, Defendant CVS Pharmacy, Inc. (CVS) hereby seek an order from this Court enlarging the deadlines to respond to two pending motions:

(1)     CVS's Motion to Dismiss (Docket No. 15); and

(2)     Plaintiffs' Motion to Remand (Docket No. 16).

Both motions were filed and served on June 28, 2013.  The Court granted an earlier joint request to extend the deadline for filing opposition briefs to Wednesday, July 24, 2013.  Since then, counsel for CVS experienced a family medical emergency that has delayed the preparation of the opposition to Plaintiffs' Motion to Remand.  In consideration of the family medical emergency, CVS's counsel is seeking to extend the deadline for the parties to file their respective opposition briefs by one week, to Wednesday, July 31, 2013.

Plaintiffs' counsel has assented to the one week extension of time.

WHEREFORE, CVS respectfully request that the Court enter an order extending the deadline to respond to the Motion to Dismiss (Docket No. 15) and Motion to Remand (Docket No. 16) until Wednesday, July 31, 2013.

Respectfully submitted,


   /s/   John F. Farraher, Jr.
John F. Farraher, Jr. (BBO# 568194)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone:  (617) 310-6029
Facsimile:  (617) 279-8429
farraherj@gtlaw.com

**_Counsel for Defendant CVS Pharmacy, Inc._**

Dated:  July 22, 2013


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 22, 2013.

   /s/   John F. Farraher, Jr.