**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>David Romulus et al.</u>
              **Plaintiffs**

        v.                          **CIVIL ACTION NO.   <u>13-10305-RWZ</u>**

<u>CVS Pharmacy, Inc.</u>
              **Defendant**

<u>**Order for Remand to State Court**</u>

       <u>**Zobel, D.J.**</u>

       In accordance with the Court's Opinion and Order (dkt. no. 33) entered on

3/27/2014, granting the plainitff's Motion to Remand(dkt. no. 16) it is hereby

ORDERED that the above captioned matter is REMANDED to Suffolk Superior

Court for further proceedings.

                                          By the Court,

**DATED : March 27, 2014**                <u>/s/ Jay Johnson</u>
                                          **Deputy Clerk**