UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ROMULUS, CASSANDRA BEALE, NICHOLAS HARRIS, ASHLEY HILARIO, ROBERT BOURASSA, and ERICA MELLO on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>    Defendant. | CIVIL ACTION NO.  13-cv-10305-RWZ |

## JOINT STATUS REPORT

Plaintiffs Cassandra Beale, Nicholas Harris, Ashley Hilario, Robert Bourassa, and Erica Mello ("Plaintiffs") and Defendant CVS Pharmacy, Inc. (together, the "Parties") present this status report concerning the status of their efforts to resolve this case.

On April 5, 2018, the Parties moved to stay this case to provide them an opportunity to continue discussions concerning a resolution of this case. The Court stayed the case on April 6, 2018. Since that time, the Parties have negotiated a final settlement and prepared a settlement agreement. The Parties continue to complete the settlement, including obtaining documentation required to finalize it and securing the multiple signatures necessary to complete the settlement. The Parties anticipate that the settlement will be finalized soon.

Accordingly, the Parties ask that the Court continue the stay for four weeks to permit them to finalize their settlement. The Parties will file either a joint stipulation of dismissal or a further status report within four weeks.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick J. Vallely | /s/ John F. Farraher, Jr. (signed with permission) |
| Thomas V. Urmy, Jr. (BBO# 506620) | John F. Farraher, Jr. (BBO# 568194) |
| turmy@shulaw.com | GREENBERG TRAURIG, LLP |
| Patrick J. Vallely (BBO# 663866) | One International Place |
| pvallely@shulaw.com | Boston, MA 02110 |
| SHAPIRO HABER & URMY LLP | Telephone: (617) 310-6029 |
| Two Seaport Lane, Sixth Floor | Facsimile: (617) 279-8429 |
| Boston, MA 02210 | farraherj@gtlaw.com |
| Telephone: (617) 439-3939 | |
| Facsimile: (617) 439-0134 | James N. Boudreau |
| | GREENBERG TRAURIG, LLP |
| **Counsel for Plaintiffs and the Class** | 2700 Two Commerce Square |
| | 2001 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 988-7800 |
| | Facsimile: (215) 988-7801 |
| | boudreauj@gtlaw.com |
| | |
| | **Counsel for Defendant CVS Pharmacy, Inc.** |

Dated: May 4, 2018

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 4, 2018.

             */s/ Patrick J. Vallely*
             Patrick J. Vallely