UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ROMULUS, CASSANDRA BEALE, NICHOLAS HARRIS, ASHLEY HILARIO, ROBERT BOURASSA, and ERICA MELLO on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 13-cv-10305-RWZ |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Cassandra Beale, Nicholas Harris, Ashley Hilario, Robert Bourassa, and Erica Mello, and Defendant CVS Pharmacy, Inc., hereby stipulate to the dismissal of this action, with prejudice and without fees or costs. All parties hereby waive any right of appeal.

Dated: June 6, 2018

/s/ *Patrick J. Vallely*
Thomas V. Urmy, Jr. (BBO# 506620)
turmy@shulaw.com
Patrick J. Vallely (BBO# 663866)
pvallely@shulaw.com
SHAPIRO HABER & URMY LLP
Two Seaport Lane, Sixth Floor
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

**Counsel for Plaintiffs**

/s/ *John F. Farraher, Jr. (signed with permission)*
John F. Farraher, Jr. (BBO# 568194)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6029
Facsimile: (617) 279-8429
farraherj@gtlaw.com

James N. Boudreau
GREENBERG TRAURIG, LLP
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
boudreauj@gtlaw.com

**Counsel for Defendant CVS Pharmacy, Inc.**

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 6, 2018.

              */s/ Patrick J. Vallely*
              Patrick J. Vallely